| | |
|---|---|
| DAVID THOMPSON | SUIT NO.: 268154 DIV.: E |
| VERSUS | 9TH JUDICIAL DISTRICT COURT |
| | PARISH OF RAPIDES |
| DG LOUISIANA, L.L.C. AND XYZ EMPLOYEE | STATE OF LOUISIANA |

FILED: _____   _____
　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come petitioner, David Thompson, a person of the full age of majority domiciled in the Parish of Rapides, State of Louisiana, and who respectfully avers as follows:

I.

Made defendant herein is:

a. DG Louisiana d/b/a Dollar General Stores, a foreign limited liability company authorized to do and doing business in the Parish of Rapides, State of Louisiana.

b. XYZ Employee, a person of the full age of majority

II.

The above named defendant is liable to your petitioner for damages in an amount proven reasonable and proper in the premises, to wit:

III.

On or about the 17th day of June 2019, your petitioner, David Thompson, was severely and permanently injured when suddenly and without warning he tripped and fell on a stole that was negligently left by defendant, XYZ Employee, on the aisle/floor of the mercantile store owned and operated by defendant, DG Louisiana, L.L.C. Said accident occurred at 2314 Broadway Avenue, Alexandria, Louisiana within the jurisdiction of this Honorable Court.

IV.

As a result of this accident, petitioner, David Thompson, suffered damages and severe and disabling injuries to his left shoulder, neck, and back. Petitioner itemizes the categories of damages as follows:

a. Past and present physical and mental pain and suffering;

b. Future physical and mental pain and suffering;

c. Past medical expenses;

d. Future medical expenses;



RECEIVED
OCT 2 9 2020
BY:_____



EXHIBIT A

  e. Permanent disability;

  f. Loss of enjoyment of life.

V.

The aforementioned accident occurred as a result of the strict liability and negligence of defendants, DG Louisiana, L.L.C. d/b/a Dollar General Stores and XYZ Employee, without any contributory negligence on the part of your petitioner. Such negligence includes the following:

 a. Failing to inspect premises for possible hazards and/or defects,

 b. Failing to remove hazards from pathways used by invitee/shoppers.

 c. Failing to adequately train employees to detect and remove hazards;

 d. Failing to adequately supervise employees; and

 e. Failing to remove known hazards from its store.

WHEREFORE, petitioner prays that the defendants be duly cited, served and made to answer, and that after all legal delays and due proceedings had, there be judgment herein in favor of petitioner, David Thompson, and against the defendants for damages proven reasonable under the premises together with legal interest from the date of judicial demand until paid and for all costs of these proceedings and for all general and equitable relief.

                RESPECTFULLY SUBMITTED:

                */s/ Kelvin G. Sanders*

                Kelvin G. Sanders, #19773
                418 Desoto Street
                P.O. Box 13922
                Alexandria, Louisiana 71315-3922
                Tel: 318-487-0009
                Fax: 318-443-1444
                Attorneys for David Thompson

PLEASE SERVE:

DG Louisiana, L.L.C.
Through its agent for service of process:

Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

**ROBIN L. HOOTER**
CLERK OF COURT ❖ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153        Fax (318) 473-4667        Civil Fax (318) 487-9361
                            www.rapidesclerk.org

```
CITATION                              NO. 268,154      E

DAVID THOMPSON                        || NINTH JUDICIAL DISTRICT COURT
VERSUS                                || PARISH OF RAPIDES
DG LOUISIANA ET AL                    || STATE OF LOUISIANA

TO: DG LOUISIANA
    THRU CORPORATE SERVICE CO 501 LOUISIANA AVE
    BATON ROUGE LA  70802-0000
    EAST BATON ROUGE PARISH

    YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED
AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS
IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN
FIFTEEN(15) DAYS AFTER SERVICE HEREOF.  YOU MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL.
IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 15TH DAY.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU
TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.

    WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS  3RD DAY OF JUNE, 2020.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION.


                                              ROBIN L. HOOTER
                                              Clerk of Court
KELVIN G. SANDERS
418 DESOTO STREET    PO BOX 13922
ALEXANDRIA, LA  71315-0000             BY  Karan Cosey
Filing Attorney                            Deputy Clerk of Court

                         SHERIFF STAMP BELOW
                         ---------------------


0246356                                    019
```

damages as follows:

a.   Past and present physical and mental pain and suffering;

b.   Future physical and mental pain and suffering;

c.   Past medical expenses;

d.   Future medical expenses;

**ROBIN L. HOOTER**
CLERK OF COURT ✤ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153    Fax (318) 473-4667    Civil Fax (318) 487-9361
www.rapidesclerk.org

CITATION                              NO. 268,154    E

DAVID THOMPSON                        || NINTH JUDICIAL DISTRICT COURT
VERSUS                                || PARISH OF RAPIDES
DG LOUISIANA ET AL                    || STATE OF LOUISIANA

TO: DG LOUISIANA
    THRU CORPORATE SERVICE CO 501 LOUISIANA AVE
    BATON ROUGE LA  70802-0000
    EAST BATON ROUGE PARISH

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN FIFTEEN(15) DAYS AFTER SERVICE HEREOF.  YOU MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL. IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 15TH DAY.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.

WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA, THIS  3RD DAY OF JUNE,  2020.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION.

KELVIN G. SANDERS
418 DESOTO STREET    PO BOX 13922
ALEXANDRIA, LA  71315-0000
Filing Attorney

ROBIN L. HOOTER
Clerk of Court

BY _____
Deputy Clerk of Court

FILED & RECORDED
ROBIN L. HOOTER
CLERK OF COURT
2020 JUN 18 PM 3:12

SHERIFF STAMP BELOW
----------------------

I made service on the named party through the
☒ Personal    ☐ Legal Dept.
@ 10:45am
☐ Domicile    ☒ Corp. Service Agent

JUN 11 2020

by tendering a copy of this document to
☒ Emily Fields    ☐ Rhonda Weldon
☐ Other _____

ELEANOR STEWART 0769
East Baton Rouge Sheriff's Office
019

0246356